

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Texas Department of Transportation/State of Texas, | § | No. 08-15-00045-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | 448th District Court |
| v. | § | |
| Martina Jackson, | § | of El Paso County, Texas |
| | § | (TC# 2009-4329) |
| Appellee. | § | |

# O R D E R

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **January 12, 2016.**   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James F. Scherr, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **January 12, 2016.**

IT IS SO ORDERED this 22nd day of December, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.